**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MICHAEL C. HEYWARD, | : | |
| | : | |
| Petitioner, | : | Civ. No. 17-7131 (RBK) |
| | : | |
| v. | : | |
| | : | |
| WARDEN FCI FAIRTON, | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondent. | : | |
| | : | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court previously denied his application to proceed *in forma pauperis* under Local Civil Rule 81.2(c ) as the certification submitted by petitioner indicated the greatest amount on deposit in his prison account in the past six months was $496.02. Mr. Heyward wrote to the Court indicating the certification was incorrect and provided full account statements.

The Court has reviewed Mr. Heyward's submissions and it appears the prison official who filled out the certification mistakenly inserted the total amount of deposits for the past 6 months in the field designated for the highest amount on deposit. The Court will therefore grant Mr. Hayward's *in forma pauperis* application.

Accordingly, IT IS this ___18th___ day of December, 2017,

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED; and it is further

ORDERED that the Clerk shall serve this order on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge